IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
OCT 29 2025
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 1:25cr188 TBM-BWR
7 U.S.C. § 2156(a)

LAWRENCE WADE DESCHAMP,
GEORGE PONTHIEUX,
MILTON KEYS, JR.,
TRAVIS JAMES CARRELL,
LANE BOUDREAUX,
LOUIS, JR., SUMMERS,
TYLER CANE VERONIE,
JOHN THOMAS BANKS,
RACHEL LYNN DESCHAMP,
JESSIE ALLEN STANLEY,
BRANDON DALE TRIBBLE,
CRAIGNON JOSEPH LADNER,
JODY JAMES JOHNSON,
RODERICK BLAKE LANDER, and
WESTON JOSEPH LADNER

**The United States Attorney charges:**

On or about May 3, 2025, in Harrison County, in the Southern Division of the Southern District of Mississippi, the defendants, **LAWRENCE WADE DESCHAMP, GEORGE PONTHIEUX, MILTON KEYS, JR., TRAVIS JAMES CARRELL, LANE BOUDREAUX, LOUIS, JR., SUMMERS, TYLER CANE VERONIE, JOHN THOMAS BANKS, RACHEL LYNN DESCHAMP, JESSIE ALLEN STANLEY, BRANDON DALE TRIBBLE, CRAIGNON JOSEPH LADNER, JODY JAMES JOHNSON, RODERICK BLAKE LANDER and WESTON JOSEPH LADNER**, did knowingly attend an animal fighting venture, in violation of Title 7, United States Code, Section 2156(a)(2)(A), and Title 49, United States Code, Section 49.

_____
PATRICK A. LEMON
Acting United States Attorney